IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01888–KMT

THOMAS GILL,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY d/b/a COLLECTIONCENTER, INC.,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion to Strike and Seal Exhibit to Defendant's Response to Motion for Partial Summary Judgment" (Doc. No. 18, filed Jan. 26, 2015) is GRANTED. Exhibit B to Defendant's Response to Motion for Partial Summary Judgment (Doc. No. 17-2), which was inadvertently filed in this action, is STRICKEN. Further, because it features personal information of an individual who is not a party to this action, Exhibit B (Doc. No. 17-2) shall be held under Level Three restriction unless or until further order of the court. *See* D.C.COLO.LCivR 7.2; *Riker v. Fed. Bureau of Prisons,* 315 F. App'x 752, 755 (10th Cir. 2009) (public has only a weak interest in access to documents that will not be considered by the court).

Dated: January 27, 2015