IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01888–KMT

THOMAS GILL,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY d/b/a COLLECTIONCENTER, INC.,

    Defendant.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The Stipulated Motion for Entry of Judgment (Doc. No. 33, filed May 19, 2015) is GRANTED. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $1,000 plus reasonable costs and attorney fees. Plaintiff may seek his costs and attorney fees in accordance with Fed. R. Civ. P. 54 and D.C.COLO.LCivR 54.1.

It is further ORDERED that the Final Pretrial and Trial Preparation Conference set for May 22, 2015 and the Jury Trial set to begin on June 15, 2015 are VACATED.

Dated: May 20, 2015