IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01888-KMT

THOMAS GILL,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY d/b/a COLLECTIONCENTER,INC.,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Kathleen M. Tafoya on May 20, 2015, incorporated herein by reference, it is

ORDERED that final judgment is hereby entered in favor of Plaintiff, Thomas Gill, and against Defendant, Credit Bureau of Carbon County d/b/a Collectioncenter, Inc, in the amount of $1,000 plus reasonable costs and attorney fees.  It is

FURTHER ORDERED that Plaintiff Thomas Gill may seek his costs and attorney fees in accordance with Fed.R.Civ.P. 54 and D.C. COLO.LCivR 54.1.

DATED at Denver, Colorado this 20th  day of May , 2015.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                                        s/Nancy M. Marble  
                                                        Nancy M. Marble,  
                                                        Deputy Clerk